UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
DULUTH DIVISION

IN RE:   KARPEN'S CONCRETE, INC.                    Chapter 7
                                                    Case Number:  08-51007

Debtor(s).

WITHDRAWAL OF PROOF OF CLAIM

Creditor, AMERICAN INFOSOURCE LP AS AGENT FOR DULUTH READY MIX, hereby withdraws Claim 14, filed on February 23, 2009, in the amount of $15,715.13, for the reason it is a duplicate of Claim 2.

Dated:  3/18/2009

/s/ Blake Hogan
American InfoSource L.P.
Authorized Agent for Creditor
4515 N Santa Fe Ave
Oklahoma City OK 73118
(866) 312-1894

Reference Number:  111830